US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 19 2012

CHRIS R. JOHNSON, Clerk
By
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KARI ANN LIPE SHORT                                                    PLAINTIFF

VS.                    CASE NO. 12-2092

UNITED SERVICES AUTOMOBILE ASSOCIATION                                 DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Kari Ann Lipe Short, and for her claim and cause of action against the Defendant, United Services Automobile Association, states and alleges the following:

1. At the time of the events giving rise to this action, Plaintiff was a citizen and resident of Fort Smith, Sebastian County, Arkansas. She currently resides in Van Buren, Crawford County, Arkansas.

2. Defendant is a foreign corporation having its principal place of business in the State of Texas, and it is engaged in the selling of automobile liability insurance. Defendant is authorized to sell insurance, and does sell insurance, within the State of Arkansas and within this judicial district.

3. This action concerns Plaintiff's claim for payment of underinsured motorist benefits arising from a motor vehicle collision which occurred in Tulsa, Oklahoma, and pursuant to a policy of automobile insurance issued to Plaintiff's husband while Plaintiff was a resident of Fort Smith, Sebastian County, Arkansas.

4. This Court has jurisdiction by diversity of citizenship pursuant to 28 U.S.C. § 1332.

The amount of damages in controversy exceeds the sum of $75,000.00. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

5. That on or about October 20, 2010, the Defendant issued to Bradley M. Short, for valuable consideration, an insurance policy bearing number 00363 77 26U 7104 5. Thereafter, Plaintiff and Mr. Short were lawfully married on December 10, 2010, and Plaintiff became a covered person under the policy. Said policy of insurance was in full force and effect at the time of the motor vehicle collision alleged herein on January 22, 2011, and said policy insured Plaintiff against loss or damage arising out of the operation of her motor vehicle.

6. Under the terms of said policy of insurance, the Defendant, among other things, agreed to pay all sums up to the maximum of $300,000.00, which the insured should be legally entitled to recover as damages from the operator or owner of an uninsured or underinsured automobile because of bodily injury sustained by the insured in any accident caused by the negligence of an operator of another motor vehicle. A true and correct copy of the Declarations Page of said policy of insurance is attached hereto as Exhibit "A".

7. That on or about January 22, 2011, the Plaintiff was involved in a motor vehicle collision with an automobile operated by Louis Jens Olsen. Said operator, Lewis Jens Olsen, and said automobile were underinsured, having only minimum liability policy limits of $25,000.00. Said collision occurred at or near the intersection of East 51st Street and South 87th East Avenue in Tulsa, Oklahoma, when Louis Jens Olsen operated his pickup truck under the influence of

of alcohol and negligently failed to keep a proper lookout, failed to keep his vehicle under proper control, followed too closely, and failed to stop in time, and his vehicle collided violently into the rear of Plaintiff's vehicle pushing it 230 feet east of the point of impact.

8. The above-described motor vehicle collision was solely and proximately caused by the negligence of Louis Jens Olsen, the operator of the underinsured vehicle, and as a result thereof, the Plaintiff sustained serious bodily injuries to the Plaintiff's damage in a sum and amount in excess of $325,000.00.

9. That on August 30, 2011, the Plaintiff notified Defendant that Louis Jens Olsen's automobile liability insurance carrier had tendered its policy limits of $25,000.00, and Plaintiff made a timely demand upon the Defendant for payment of her damages pursuant to the Defendant's underinsured motorist coverage. That on October 14, 2011, Defendant responded to Plaintiff's demand and waived any claim it had for subrogation against Louis Jens Olsen. Thereafter, on or about October 20, 2011, Plaintiff settled her claim against Louis Jens Olsen for his policy limits of $25,000.00. In response to Plaintiff's demand for payment of her damages pursuant to the Defendant's underinsured motorist coverage in the amount of $300,000.00, the Defendant refused, and still refuses, payment of said sum.

WHEREFORE, premises considered, the Plaintiff, Kari Ann Lipe Short, prays that she have judgment against the Defendant, United Services Automobile Association, for the sum of $300,000.00; for a twelve percent (12%) penalty as provided by Arkansas law; for a reasonable

3

attorney's fee; for her costs herein expended; and, for all other proper relief to which Plaintiff may be entitled.

    PLAINTIFF DEMANDS A TRIAL BY JURY.

                                              KARI ANN LIPE SHORT,
                                              Plaintiff

                              BY: *Mark E. Ford* (signature)
                                         Mark E. Ford, Bar No. 85054
                                         ROBERTSON, BEASLEY & FORD, PLLC
                                         315 North 7th Street
                                         P. O. Drawer 848
                                         Fort Smith, AR 72902-0848
                                         (479) 782-8813
                                         (479) 785-0254 Fax

                                         Attorney for Plaintiff