IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KARI ANN LIPE SHORT                                                                                    PLAINTIFF

VS.                         CASE NO. 2:12-cv-02092-PKH

UNITED SERVICES AUTOMOBILE ASSOCIATION                                    DEFENDANT

## NOTICE OF DISMISSAL

COMES NOW the Plaintiff, Kari Ann Lipe Short, by and through her counsel, Mark E. Ford of Robertson, Beasley & Ford, PLLC, and for her Notice of Dismissal, pursuant to Rule 41(a)(1)(A)(i), F.R.C.P., states and alleges the following:

1. That Plaintiff's Complaint was filed in this action on April 19, 2012. That Defendant has not yet been served with process, and no answer or responsive pleading has been filed by Defendant.

2. That Plaintiff's Complaint alleges that Defendant, United Services Automobile Association, is a Texas corporation, and this Court's jurisdiction was based upon diversity of citizenship pursuant to 28 U.S.C. § 1332. That Plaintiff has since learned that Defendant is actually an unincorporated association under Texas law, and that it is a citizen of each state in which one of its members resides, including the State of Arkansas; therefore, there is no basis for jurisdiction in this Court pursuant to diversity of citizenship.

3. Plaintiff voluntarily submits that her cause of action against Defendant should be dismissed, without prejudice, pursuant to Rule 41(a)(1)(A)(i), F.R.C.P.

WHEREFORE, Plaintiff, Kari Ann Lipe Short, prays that this cause of action be dismissed without prejudice.

                                                  KARI ANN LIPE SHORT,
                                                  Plaintiff

                                        BY: /s/ *Mark E. Ford*
                                                  Mark E. Ford, Bar No. 85054
                                                  ROBERTSON, BEASLEY & FORD, PLLC
                                                  315 North 7th Street
                                                  P. O. Drawer 848
                                                  Fort Smith, AR 72902-0848
                                                  (479) 782-8813
                                                  (479) 785-0254 Fax

                                                  Attorney for Plaintiff