IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KARI ANN LIPE SHORT                                           PLAINTIFF

v.                      Case No. 2:12-CV-02092

UNITED STATES AUTOMOBILE
ASSOCIATION                                              DEFENDANT

## ORDER

      Before the Court is Plaintiff's Notice of Dismissal (Doc. 3). Plaintiff states that there is no longer a basis for diversity of citizenship jurisdiction pursuant to 28 U.S.C. § 1332. Furthermore, Plaintiff states that Defendant has not served an answer or a motion for summary judgment, so this case should be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

      Therefore, upon due consideration, Plaintiff's cause of action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties are to bear their own fees and costs.

      IT IS SO ORDERED this 30th day of May, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE